**Myron Roderick NUNN,**
**Plaintiff–Appellant,**

v.

**N.C. LEGISLATION; Frank L. Perry; George T. Solomon; Finesse Couch; Todd Pinion; Robert Jones; Belinda Dudley; Richard Neely; Dean Locklear; Tim Curly; Robert Williams; James Holmes; Angie Benge; Jeff Wilkerson; Mrs. Cameron; Mr. Sanders; Mr. McClain; Dr. Milton D. Westberg; Nurse Nelson; Dr. Lance; NC DPS Utilization Review Board; Mr. Price; Ms. Clark; Col Respass; Ricky Matthews, Defendants–Appellees.**

No. 15–6902.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 15, 2015.

Decided: Oct. 20, 2015.

Myron Roderick Nunn, Appellant Pro Se.

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Myron Roderick Nunn appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Nunn v. N.C. Legislation,* No. 5:14–ct–03190–FL, 2015 WL 1713885 (E.D.N.C. April 15, 2015; June 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*